No. 97–465. ALTA BATES CORP. ET AL. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–486. BRUMLEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–548. BROWN v. PIZZA HUT OF AMERICA, INC. C. A. 10th Cir. Certiorari denied.

No. 97–573. KIDD ET AL. v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–626. BELOIT CORP. v. VALMET PAPER MACHINERY, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 97–636. CRILEY ET AL. v. DELTA AIR LINES, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–639. BARNES v. MONTGOMERY COUNTY BOARD OF EDUCATION. C. A. 6th Cir. Certiorari denied.

No. 97–646. DENNY'S INC. v. THOMAS. C. A. 10th Cir. Certiorari denied.

No. 97–647. QUINLEY v. STATE FARM INSURANCE CORP. C. A. 11th Cir. Certiorari denied.

No. 97–653. ORESKOVICH v. OUR LADY OF LOURDES HEALTH CENTER ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–658. CHECKRITE LTD., INC. v. CHARLES. C. A. 9th Cir. Certiorari denied.

No. 97–659. NATIONAL COLLEGIATE ATHLETIC ASSN. ET AL. v. TARKANIAN ET UX. Sup. Ct. Nev. Certiorari denied.

No. 97–660. WALKER v. CONSOLIDATED BISCUIT CO. C. A. 6th Cir. Certiorari denied.

No. 97–668. FIRST MERCURY SYNDICATE, INC. v. TOWNSHIP OF BUFFALO ET AL. C. A. 3d Cir. Certiorari denied.